The People of the State of New York, Respondent, 
against
Mark Williford, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Lisa A. Sokoloff, J.), rendered March 21, 2014, after a nonjury trial, convicting him of loitering, and imposing sentence.




Per Curiam.
Judgment of conviction (Lisa A. Sokoloff, J.), rendered March 21, 2014, affirmed.
The accusatory instrument was not jurisdictionally defective. Allegations that defendant was observed at Penn Station "selling posters for five dollars . . . harass[ing] women with small children to buy his posters," and that he "was previously ejected from the same area and returned to sell posters," were legally sufficient to charge defendant with loitering or remaining in a transportation facility for a commercial purpose (see Penal Law 240.35[6]; see also People v Morales, 55 Misc 3d 59 [2017]; People v Moore, 51 Misc 3d 127[A], 2016 NY Slip Op 50360[U] [App Term, 1st Dept 2016], lv denied 27 NY3d 1136 [2016]).
The verdict convicting defendant of the aforementioned offense was supported by legally sufficient evidence and was not against the weight of the evidence (see People v Bleakley, 69 NY2d 490 [1987]). There is no basis to disturb the court's determinations concerning credibility. The credited police testimony established that defendant, without permission or authority to do so, was selling posters in a stairwell inside Penn Station. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 21, 2017